UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Gilbert Kelazer<br>& Linda Esho<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 23-02714<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause coming on to be heard on the motion of Ford Motor Credit Company LLC and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of § 362 of the Bankruptcy Code are hereby modified so as not to restrain Ford Motor Credit Company LLC from pursuing non bankruptcy remedies in connection with a certain 2020 Ford T-250, VIN 1FTBR3X83LKA45129.

Notwithstanding anything to the contrary in Fed Bankr. Rule P. 4001(a)(3), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 14, 2023

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell, LTD.
112 Cary Street
Cary, Illinois 60013
Phone: (312) 372-1487
shermlaw13@aol.com
Attorney for Ford Motor Credit Company LLC